Mary D. Valentine v. Albert H. Woods.— Application denied, with ten dollars costs. Order signed.

Pauline Rimoldi v. The Hudson Guild.— Application granted. Order signed.

Thomas S. Napier v. Charles Spielman.— Motion denied, with ten dollars costs.

Samuel H. Vergesslich v. George C. Heimerdinger.— Motion denied, with ten dollars costs.

Morris J. Gordon and Another v. Fannie G. Lynch.— Motion denied, with ten dollars costs.

Industrial and General Trust v. Pacific Gas and Electric Company.— Motion denied, with ten dollars costs.

Isidor Straus and Another v. American Publishing Association.— Motion granted; question certified.

Frances H. Sand v. Stephen V. White and Another.— Motion dismissed, with ten dollars costs. Settle order on notice.

In the Matter of Public Parks (In the Matter of Seidler).— Reference ordered. Settle order on notice.

In the Matter of School Site (In the Matter of W. Fay Tuttle).— Reference ordered. Settle order on notice.

In the Matter of Ward B. Yeomans and Charles N. Ironside.— Reference ordered. Settle order on notice.

Francis J. Lantry v. Albert Mede.— Motion granted; question certified.

Bessie Sodekson and Another v. Mutual Benefit Life Insurance Company.— Motion denied, with ten dollars costs.

Henry Hart v. A. L. Clarke & Company.— Motion granted. Settle order on notice.

The People of the State of New York ex rel. John Shea, Relator, v. Theodore A. Bingham, as Police Commissioner of the City of New York, Respondent.— Writ dismissed and proceedings affirmed, with fifty dollars costs and disbursements. No opinion.

The City of New York, Respondent, v. Isaac L. Rice and Solomon Schinasi, Appellants.— Judgment affirmed, with costs. No opinion.

Maynard N. Clement, as State Commissioner of Excise of the State of New York, Respondent, v. Reinhold Busse and United Surety Company, Appellants.— Order affirmed, with costs. No opinion.

Amino Spinelli, as Administratrix, etc., of Giovani Spinelli, Deceased, Appellant, v. John H. Parker Company, Respondent.— Judgment and order affirmed, with costs. No opinion.

In the Matter of Proving the Last Will and Testament of Robert B. Reilly, Deceased. Abbie A. Reilly, Appellant; Frank V. Reilly and Others, Respondents.— Decree affirmed, with costs. No opinion.

Ely J. Rieser, Doing Business under the Name of Ely J. Rieser & Co., Respondent, v. Pasquale Pati and Salvatore Pati, Copartners, Doing Business under the Name of Pasquale Pati & Son, Appellants.— Judgment affirmed, with costs. No opinion.